**Opinion issued August 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00320-CV

———————————

## SHARON BAYUS, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF INNOVATIVE ALTERNATIVES, INC., Appellant

## V.

## DENNIS STETZEL, AMBER CYR, STACY DICKSON, SEAN ARMISTEAD, AND CONSTANCE AUSTIN, Appellees

---

### On Appeal from the 80th District Court
### Harris County, Texas
### Trial Court Case No. 2024-30979

---

### MEMORANDUM OPINION

Appellant, Sharon Bayus, individually and derivatively on behalf of Innovative Alternatives, Inc., filed a notice of appeal from the trial court's April 19, 2025 final judgment. On August 19, 2025, appellant filed a "Motion to Voluntarily

Dismiss Appeal." In her motion, appellant stated that she "desire[d] to dismiss the foregoing appeal." Appellant therefore requested that the Court dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion includes a certificate of conference stating that appellees, Dennis Stetzel, Amber Cyr, Stacy Dickson, Sean Armistead, and Constance Austin, are unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.